391 A.2d 681

Commonwealth v. Frankhouser, Appellant.

Submitted June 13, 1977. Michael E. Bortner, Assistant Public Defender, for appellant; Robert A. Mix, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.